Argued and submitted October 28, convictions affirmed; remanded for resentencing December 16, 1992, opinion withdrawn pursuant to ORAP 8.05(2) and convictions vacated February 17, 1993

STATE OF OREGON,
*Respondent,*

*v.*

DEBRA ANN WILSON,
*Appellant.*

(91C21009; CA A74410)

842 P2d 814

Diane L. Alessi, Deputy Public Defender, Salem, argued the cause for appellant. With her on the brief was Sally L. Avera, Public Defender, Salem.

Timothy A. Sylwester, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals convictions for three burglaries in the first degree. ORS 164.225. Each offense was committed after November 1, 1989, and, therefore, is subject to the sentencing guidelines. The court imposed sentences of 10 years on each charge pursuant to ORS 137.635, which exceeds the guidelines. The maximum sentence that may be imposed under ORS 137.635 is subject to the limitations of the guidelines. *State v. Haydon*, 116 Or App 347, 842 P2d 410 (1992).

Convictions affirmed; remanded for resentencing.